UNITED STATES BANKRUPTCY COURT
PROCEEDING MEMO AND MINUTES OF
THE CHAPTER 7 §341 MEETING, DATE: 06/10/16

IN RE    Taylor, Jason                                                        CASE NO. 16-11049
         Taylor, Lori Newby                                                   SECTION: "B"

**APPEARANCES:**
( X )    DEBTOR (1) ( X )PICTURE ID PROVIDED ( X )SSN VERIFICATION (  )PAY ADVICES RECEIVED
(  )     DEBTOR (2) (  )PICTURE ID PROVIDED (  )SSN VERIFICATION (  )PAY ADVICES RECEIVED
Abuse/No Abuse designation is (  ) accurate (  ) inaccurate because _____

(  )     DEBTOR(S)' REPRESENTATIVE
( X )    ATTORNEY FOR DEBTOR(S)    Robin R. Deleo

*Name of Prepared Substitute - Had file and was familiar with the case.*

*Name of Walk-Up Attorney - Did not have file and was not familiar with the case.*

Credit Counseling certificate (  ) filed (  ) not filed
Tax returns received for _____ (years) on _____
Financial documents were (  ) retained by trustee (  ) returned to the debtor(s)
Was the Debtor advised that his/her attorney would not be present at the 341 Meeting? Yes (  )   No (  )
If Pro Se, did anyone assist with the preparation: Yes(  )   No(  ). If yes, give name: _____
Has attorney for debtor(s) filed a statement of compensation in accordance with 11 U.S.C. §329? Yes ( X )   No (  )
Debtor(s)' change of address (if any): _____

(  )    CREDITOR(S):                                      REPRESENTED BY:

**THE MEETING OF CREDITORS WAS:**
( X )    *HELD*
(  )     *NOT HELD* because: _____
(  )     *CONTINUED* until the _____ day of _____, 20___ at _____ ___.m.

**DEBTOR(S) REQUIRED TO:**
(  )    *AMEND SCHEDULES AND STATEMENTS* within _____ days of 341(a) meeting.
(  )    *OTHER*: _____

**SCHEDULES/INVENTORY:**
( X )    Debtor(s)' schedules are adopted in lieu of formal written inventory.
(  )     Written Inventory has or will be filed in the record in this case.
**In accordance with FRBP Rule 6007 and applicable Local Rules the Trustee intends to abandon any interest in**
*(#=Notice of Intent to Disclaim subject property is given subject to investigation of value, equity, and/or marketability)*:
Real Estate:   230 Indian Village Rd., Slidell,LA(a)         Real Estate:   107 Holly Ridge Rd., Slidell, LA (a)

Vehicle(s):   2007 Ford F-150 (a)                             Vehicle(s):   2005 Pontiac Vibe (d)
2013 Ford Expedition (b)
Mobile Home: _____                                    Mobile Home: _____
Boat:   2005 15ft Wellcraft w/ Trailer (c)                    Lawsuit(s): _____
Household Goods, Appliances and Furniture [c and d]           Wearing Apparel [c and d]
Other Property:   Utility Trailer 6 x 10 with bearings (c); 2008 18ft Flatbed Trailer (d); Ice Machine (c); Firearms (c)(d);
Wedding Rings (d); Misc. Jewelry (c); Pet (c)(d); Life Insurance (d); Stock in Taylor Mechanical LLC (c)
Additional Notes: _____
**Trustee anticipates withholding the NDR to pursue assets or other administrative matters:** (  ) YES (  ) NO
TRACK   1004                                                  /s/ Barbara Rivera-Fulton
                                                              Barbara Rivera-Fulton
                                                              P.O. Box 19980
                                                              New Orleans, LA70179
                                                              Phone: (504) 373-5592

[a] Encumbered  [b] Encumbered beyond value  [c] Insufficient value to justify administration  [d] Exempt in whole or part